## COMMONWEALTH *vs.* JOHN R. HAZELTINE.

A record of a plea of guilty to a complaint charging an unlawful keeping of intoxicating liquors for sale at a certain time and place, is admissible in evidence at the trial of the same defendant on a complaint for keeping and maintaining at the same time and place a tenement used for the illegal sale and illegal keeping of such liquors.

COMPLAINT to the municipal court of the city of Boston, that the defendant, between November 19, 1870, and May 19, 1871, at Boston, did keep and maintain a tenement used for the illegal sale and illegal keeping for sale of intoxicating liquors.

At the trial in the superior court on appeal, before *Dewey*, J., the district attorney offered in evidence the record of the plea of guilty by the defendant to a complaint charging him with keeping intoxicating liquor on May 12, 1871, at Boston, with intent to illegally sell the same, and at the same time stated that it would be shown that the place in which said liquor was kept was the tenement for keeping which the defendant was now on trial. The defendant objected to the admission of the record; but the judge admitted it, and the Commonwealth subsequently introduced evidence that said place was the same as said tenement. The jury returned a verdict of guilty, and the defendant alleged exceptions.

*C. H. Hudson*, for the defendant.

*C. Allen*, Attorney General, for the Commonwealth.

BY THE COURT. The record given in evidence showed an admission by the defendant that he had unlawfully kept intoxicating liquors for sale at the time and place at which he is now charged with having kept and maintained a tenement used for the illegal sale and illegal keeping of such liquors.

*Exceptions overruled.*